# *UNITED STATES DISTRICT COURT*

*District of Arizona*

*In the Matter of the Search of:*
**SUBJECT PARCEL**: One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5137 2377 6244 7484 50, addressed to "Denice Bryant 6937 Gracely Dr. #1 Cincinnati ohio 45233" with a return address of "Louis SPain 317 n. 16th ave #B Phoenix az. 85007." It is a white cardboard box measuring 12.25" X 12" X 6"; weighing approximately 3 pounds 5.5 ounces; postmarked September 1, 2026; and bearing $34.00 in postage.

**SEARCH WARRANT**

Case Number: 26-3308MB

TO: David Stevens and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, David Stevens, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5137 2377 6244 7484 50, addressed to "Denice Bryant 6937 Gracely Dr. #1 Cincinnati ohio 45233" with a return address of "Louis SPain 317 n. 16th ave #B Phoenix az. 85007." It is a white cardboard box measuring 12.25" X 12" X 6"; weighing approximately 3 pounds 5.5 ounces; postmarked September 1, 2026; and bearing $34.00 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1) and/or 846. AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 9/16/26 (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

9/2/26 @ 3:10p at Phoenix, Arizona
Date and Time Issued City and State

HONORABLE MICHAEL T. MORRISSEY
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

M Morrissey
Signature of Judicial Officer

# *UNITED STATES DISTRICT COURT*

*District of Arizona*

*In the Matter of the Search of:*
**SUBJECT PARCEL**: One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5137 2377 6244 7484 50, addressed to "Denice Bryant 6937 Gracely Dr. #1 Cincinnati ohio 45233" with a return address of "Louis SPain 317 n. 16th ave #B Phoenix az. 85007." It is a white cardboard box measuring 12.25" X 12" X 6"; weighing approximately 3 pounds 5.5 ounces; postmarked September 1, 2026; and bearing $34.00 in postage.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Case Number: 26-3308 MB

I, David Stevens, being duly sworn, depose and state as follows:

I am a UNITED STATES POSTAL INSPECTOR and have reason to believe that on the premises known as:

**SUBJECT PARCEL:** One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5137 2377 6244 7484 50, addressed to "Denice Bryant 6937 Gracely Dr. #1 Cincinnati ohio 45233" with a return address of "Louis SPain 317 n. 16th ave #B Phoenix az. 85007." It is a white cardboard box measuring 12.25" X 12" X 6"; weighing approximately 3 pounds 5.5 ounces; postmarked September 1, 2026; and bearing $34.00 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED,

in violation of Title 21, United States Code, Sections 841(a)(1) and/or 846. The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF DAVID STEVENS, WHICH IS MADE A PART HEREOF.

Digitally signed by CLAUDIA FANTAUZZO (Affiliate)
Date: 2026.09.02 14:28:45 -07'00'

Authorized by SAUSA Claudia C. Fantauzzo

David Stevens
2026.09.02
14:34:11 -07'00'

Signature of Affiant – David Stevens

Sworn to me telephonically, and subscribed electronically

9/2/26 at Phoenix, Arizona

Date | City and State

M Morrissey

HONORABLE MICHAEL T. MORRISSEY
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, David Stevens, being duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have held this position since August 2015. I completed a twelve-week basic training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking via the United States (U.S.) Mail. I am currently assigned to the Phoenix Division Prohibited Mailings Narcotics Team (PMNT) in Arizona, which is responsible for investigating narcotics violations involving the United States Mail. Part of my training as a Postal Inspector included narcotics trafficking investigative techniques and training in the identification and detection of controlled substances being transported in the U.S. Mail.

2. I have assisted on numerous narcotics investigations of individuals for violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance). The facts and information contained in this affidavit are based on my personal knowledge, as well as that of other Postal Inspectors and law enforcement officers involved in this investigation, as described below. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, your Affiant has not set forth all of the relevant facts known to law enforcement officers.

3. This Affidavit is made in support of an application for a search warrant for one United States Postal Service (USPS) parcel (the "**SUBJECT PARCEL**"). The

**SUBJECT PARCEL** is believed to contain controlled substances or proceeds from the sale of controlled substances.

4. The **SUBJECT PARCEL** is further described as follows:

One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5137 2377 6244 7484 50, addressed to "Denice Bryant 6937 Gracely Dr. #1 Cincinnati ohio 45233" with a return address of "Louis SPain 317 n. 16th ave #B Phoenix az. 85007." It is a white cardboard box measuring 12.25" X 12" X 6"; weighing approximately 3 pounds 5.5 ounces; postmarked September 1, 2026; and bearing $34.00 in postage.

## BACKGROUND

5. From my training and experience, as well as the training and experience of other Postal Inspectors on the PMNT, I am aware that the USPS mail system is frequently used to transport controlled substances and proceeds from the sale of controlled substances to areas throughout the United States. I also know that drug traffickers prefer delivery services such as Express Mail and Priority Mail because of their reliability and the ability to track the article's progress to the intended delivery point. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she often becomes suspicious of any delayed attempt to deliver the item.

6. Based on my training and experience regarding Express and Priority Mail operations, I am aware that the Express and Priority Mail service was designed primarily to fit the needs of businesses by providing overnight delivery for time-sensitive materials. Moreover, based on my training and experience, I am aware that business mailings often:

(a) contain typewritten labels; (b) are addressed to and/or from a business; (c) are contained within flat cardboard mailers; and/or (d) weigh less than eight ounces. In addition, corporate charge accounts were developed by the United States Postal Service to avoid time-consuming cash payments by businesses for business mailings.

7. Based on my training and experience regarding Priority Mail operations, I am aware that the Priority Mail service was created as a less expensive alternative to Express Mail overnight delivery, but designed to provide quicker, more reliable service than standard First-Class Mail. Whereas a customer mailing an article via Express Mail expects next-day service, a customer who mails an article via Priority Mail can expect two to three-day delivery service. The USPS provides a tracking service though a USPS tracking number, which allows the customer to track the parcel and confirm delivery.

8. Additionally, I have learned that most Priority Mail mailings are business mailings. Priority Mail is a significantly less expensive method of mailing than Express Mail, particularly when next-day service is not required. I also know that the characteristics of Priority Mail business mailings are similar to Express Mail business mailings. Priority Mail articles tend to be smaller, lighter mailings than traditional mailings, and on average, weigh less than two pounds. Examples of typical business mailings conducted via Priority Mail include books, clothing, pharmaceuticals, and consumer goods purchased from online retailers.

9. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I

am aware that the State of Arizona is a source location for controlled substances based on its proximity to the United States-Mexico border. As such, controlled substances are frequently transported from Arizona via USPS and proceeds from the sale of controlled substances are frequently returned to Arizona via USPS.

10. Based on my training and experience regarding the use of Express Mail and Priority Mail to transport controlled substances and the proceeds from the sale of controlled substances, I know these parcels usually bear some or all of the following characteristics:

a. The parcel contains a label with handwritten address information and is addressed from one individual to another individual;

b. The handwritten label on the parcel does not contain a business account number, thereby indicating that the sender likely paid cash;

c. The parcel is heavier than the typical mailing, often weighing more than eight ounces for Express Mail, and two pounds for Priority Mail; and/or

d. The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (b) originated from an area known to be a frequent origination point for proceeds from the sale of controlled substances, having been mailed to an area known to be a destination area for proceeds from the sale of controlled substances.

11. Express Mail and Priority Mail parcels found to meet some or all of the characteristics described above are often scrutinized by Postal Inspectors through address verifications and an examination by a trained narcotics-detecting canine.

## RELEVANT FACTS PERTAINING TO THE SUBJECT PARCEL

12. On or about September 1, 2026, members of the USPIS identified a suspicious parcel (the **SUBJECT PARCEL**) mailed from Phoenix, Arizona and destined for Cincinnati, Ohio.

13. On September 2, 2026, members of the USPIS located the **SUBJECT PARCEL** at the USPS West Valley Processing and Distribution Center located in Phoenix, Arizona.

14. On September 2, 2026, members of the USPIS conducted a physical examination of the **SUBJECT PARCEL** and observed that the **SUBJECT PARCEL** met some of the characteristics listed in Paragraph 10 above. The **SUBJECT PARCEL** weighed approximately 3 pounds 5.5 ounces, was paid for in cash, bore handwritten address information, and was mailed from an address in Arizona to an address in Ohio.

15. Members of the USPIS conducted a database query regarding the names and addresses listed on the **SUBJECT PARCEL** in Consolidated Lead Evaluation and Reporting (CLEAR), a law enforcement database that associates addresses and telephone numbers with individuals and business entities. The CLEAR database is created from credit reports, law enforcement reports, utility records, and other public records.

16. Through the CLEAR database query, investigators learned that the delivery address for the **SUBJECT PARCEL**, 6937 Gracely Drive #1, Cincinnati, Ohio 45233, is an existing, deliverable address and the purported recipient, "Denice Bryant," is associated with the delivery address information appearing on the **SUBJECT PARCEL**. However, investigators also learned that the return address for the **SUBJECT PARCEL**, 317 N. 16th

Avenue, Apartment B, Phoenix, Arizona 85007, is an existing deliverable address, but the purported sender, "Louis Spain," is not associated with the return address information appearing on the **SUBJECT PARCEL.**

17. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances, it is common for drug traffickers to use purported names not associated with a particular address and/or utilize fictitious names and/or addresses to evade detection by law enforcement.

## CANINE EXAMINATION OF THE SUBJECT PARCEL

18. On September 2, 2026, City of Mesa Police Department (MPD) Detective/Canine Handler Chad Sershen and his narcotics-detecting canine "Eero" inspected the **SUBJECT PARCEL** at the Phoenix Rio Salado Station located at 1441 E. Buckeye Road, Phoenix, Arizona 85034. At approximately 09:30 AM, Detective Sershen advised that "Eero" gave a positive alert to the **SUBJECT PARCEL** by sitting down next to the **SUBJECT PARCEL.**

19. Detective Sershen advised that "Eero's" positive alert is a "passive" alert that "Eero" has been trained to give. The passive alert indicates the presence of a controlled substance and/or currency, notes, documents, or other evidence bearing the presence of the odors of a controlled substance within the **SUBJECT PARCEL.**

20. Detective Sershen advised that he is an MPD Detective currently assigned to the handling and care of MPD narcotics-detecting canine "Eero." Detective Sershen has been a canine handler since January 2025. "Eero" is a nine-year-old German wire-haired

Pointer who has been working narcotics detection since March 2020, previously with the Peoria Police Department and now with the Mesa Police Department. "Eero" and Detective Sershen currently hold a National Certification in narcotics detection by the National Police Canine Association (NPCA). This is a yearly certification, and "Eero" and Detective Sershen were last certified in October 2025. "Eero" has had over 200 hours of narcotics detection training on cocaine, heroin, methamphetamine, and fentanyl. "Eero" and Detective Sershen attend weekly in-service training in narcotics detection to maintain proficiency. "Eero" has conducted over 200 successful finds (both training finds or finds which have contributed to active investigations) of controlled substances and/or the proceeds from the sales of controlled substances.

## CONCLUSION

21. Based on these facts, there is probable cause to believe the **SUBJECT PARCEL** described above contains controlled substances or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and/or 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance).

David Stevens
2026.09.02 14:35:09
-07'00'

David Stevens
United States Postal Inspector

Subscribed electronically and sworn telephonically on this 2 day of September, 2026.

M Morrissey

HONORABLE MICHAEL T. MORRISSEY
UNITED STATES MAGISTRATE JUDGE